**Order entered December 17, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01333-CV

## IN RE BRUCE BISHOP, ASHLEY HUTCHESON, DALLAS COUNTY REPUBLICAN PARTY, AND MISSY SHOREY, Relators

**Original Proceeding from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-14298**

## ORDER
Before Justices Bridges, Brown, and Boatright

Based on the Court's opinion of this date, we **CONDITIONALLY GRANT** relators' petition for writ of mandamus. We **ORDER** the trial judge, the Honorable Martin Hoffman, to vacate his October 26, 2018 order granting default judgment in favor of Margaret O'Brien. We further **ORDER** the trial judge to file with this Court **within fifteen (15) days of the date of this order**, a certified copy of his order issued in compliance with this order. Should the trial court fail to comply with the order, the writ will issue.

/s/     DAVID L. BRIDGES
         JUSTICE